IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NICOLE RENEE HENDERSON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4759

Opinion filed November 5, 2015,
Petition for Writ of Prohibition -- Original Jurisdiction.

Nicole Renee Henderson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

LEWIS, ROWE, and BILBREY, JJ., CONCUR.